Fill in this information to identify the case:

Debtor name: Rotary Drilling Tools USA, LLC, *et al.*
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS
Case number (if known): 13-33433

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or distributed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MC TUBULAR PRODUCTS<br>757 N. ELDRIDGE PARKWAY<br>HOUSTON TX 77079 | | Trade Debt | | | | $2,229,998.26 |
| SMS TECHNICAL SERVICES LLC<br>210 WEST KENSINGER DRIVE<br>CRANBERRY TOWNSHIP PA 16066 | | Trade Debt | | | | $1,031,357.06 |
| FUQUA CONSTRUCTION<br>P.O. BOX 1537<br>NAVASOTA TX 77868 | | Trade Debt | | | | $468,704.05 |
| EMERALD METALS LLC<br>14340 TORREY CHASE BLVD<br>HOUSTON TX 77014 | | Trade Debt | | | | $377,122.55 |
| TUBOS REUNIDOS AMERICA, INC.<br>550 POST OAK BLVD<br>HOUSTON TX 77027 | | Trade Debt | | | | $285,430.00 |
| TUBULAR MILL INSPECTIONS, LL<br>4203 MONTROSE BLVD SUITE 200<br>HOUSTON TX 77006 | | Trade Debt | | | | $154,446.03 |
| ENERGY SERVICES GROUP<br>15019 N. BRENTWOOD<br>CHANNELVIEW TX 77530 | | Trade Debt | | | | $148,690.49 |
| (BCBS) HEALTH CARE SERVICE C<br>PO BOX 731428<br>DALLAS TX 75373 | | Trade Debt | | | | $120,729.69 |

Debtor **Rotary Drilling Tools USA, LLC, et al.**  Case number *(if known)* 13-33433
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or distributed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TXU ENERGY PO BOX 650638 DALLAS, TX 75265 | | Trade Debt | | | | $119,815.70 |
| GRANT PRIDECO, L.P. P. O. BOX 202629 DALLAS TX 75320 | | Trade Debt | | | | $115,521.53 |
| HEATING INDUCTION SERVICES, 24483 SORRENTINO COURT CLINTON TOWNSHIP MI 48035 | | Trade Debt | | | | $110,658.98 |
| VENOM INSPECTION SERVICES, L P.O. BOX 567 RICHMOND TX 77406 | | Trade Debt | | | | $95,832.05 |
| KPMG 717 NORTH HARWOOD STREET DALLAS TX 75201 | | Trade Debt | | | | $88,500.00 |
| MARTINEZ PIPE SERVICES P.O. BOX 96366 HOUSTON TX 77213 | | Trade Debt | | | | $81,838.00 |
| PANMERIDIAN TUBULAR 14550 TORREY CHASE BLVD HOUSTON TX 77014 | | Trade Debt | | | | $59,911.37 |
| CD GROUP P. O. BOX 102775 ATLANTA GA 30368 | | Trade Debt | | | | $56,000.00 |
| VALSPAR CORPORATION P.O. BOX 417301 BOSTON MA 02241 | | Trade Debt | | | | $53,043.42 |
| SURFACE PREPARATION-TEXAS LL 5973 SOUTH LOOP EAST HOUSTON TX 77033 | | Trade Debt | | | | $51,523.42 |
| TIMKENSTEEL MATERIAL SERVICE PO BOX 121137 DALLAS TX 75312 | | Trade Debt | | | | $48,895.17 |

Debtor: **Rotary Drilling Tools USA, LLC, et al.**   Case number (if known): 13-33433

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or distributed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| TMK IPSCO INTERNATIONAL L.L. PO BOX 203623 DALLAS TX 75320 | | Trade Debt | | | | $44,085.93 |
| CROSSOVER, INC. PO BOX 54589 NEW ORLEANS, LA 70154 | | Trade Debt | | | | $41,697.98 |
| STRESS ENGINEERING SERVICES P.O. BOX 301311 DALLAS TX 75303 | | Trade Debt | | | | $40,171.98 |
| MANUFACTURING TECHNOLOGY INC P.O. BOX 3059 SOUTH BEND IN 46619 | | Trade Debt | | | | $39,504.64 |
| NAVASOTA INDUSTRIAL SUPPLY, P.O. BOX 1487 NAVASOTA TX 77868 | | Trade Debt | | | | $39,311.48 |
| TUBOSCOPE PO BOX 201177 DALLAS TX 75320 | | Trade Debt | | | | $38,124.97 |
| KNJ MANUFACTURING 8550 FAIRBANKS N HOUSTON RD HOUSTON, TX 77064 | | Trade Debt | | | | $36,800.00 |
| R. SMITH & SON, INC. P.O. BOX 73052 HOUSTON TX 77273 | | Trade Debt | | | | $35,289.50 |
| L. REIT, LTD 7904 N. SAM HOUSTON PKWY W #102 HOUSTON TX 77064 | | Trade Debt | | | | $33,297.41 |
| BKD, LLP 14241 DALLAS PARWAY DALLAS TX 75254 | | Trade Debt | | | | $31,549.46 |
| HUNTING ENERGY SERVICES PO BOX 301606 DALLAS TX 75303 | | Trade Debt | | | | $30,000.00 |

Debtor **Rotary Drilling Tools USA, LLC, et al.**
Name

Case number (if known) 13-33433

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or distributed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PATTERSON TUBULAR<br>P.O. BOX 203379<br>DALLAS TX 75320 | | Trade Debt | | | | $25,685.88 |
| UNITED VISION LOGISTICS<br>P.O. BOX 975357<br>DALLAS TX 75397 | | Trade Debt | | | | $24,778.09 |
| MIKE SULLIVAN TAX ASSESSOR-COLLECTOR<br>PO BOX 4622<br>HOUSTON, TX 77210-4622 | | Trade Debt | | | | $23,464.52 |
| HACKER INTERNATIONAL<br>PO BOX 1208<br>HENDERSON, TX 75653-1208 | | Trade Debt | | | | $22,605.00 |
| CUTTING TOOLS, INC.<br>P.O. BOX 41109<br>HOUSTON TX 77241 | | Trade Debt | | | | $22,513.32 |
| BEARING AND SEALING SOLUTION<br>2510 MCALISTER RD<br>HOUSTON, TX 77092 | | Trade Debt | | | | $22,506.19 |
| MINDSHIFT TECHNOLOGIES<br>47 MALL DRIVE<br>COMMACK, NY 11725 | | Trade Debt | | | | $21,563.40 |
| VINCE DELIVERY<br>1639 GAULT RD<br>HOUSTON, TX 77039 | | Trade Debt | | | | $19,500.00 |
| ACCOUNTEMPS<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160-3484 | | Trade Debt | | | | $18,431.54 |
| KING TRUCKING<br>PO BOX 1100<br>AMELIA, LA 70340 | | Trade Debt | | | | $17,663.50 |