IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| ROTARY DRILLING TOOLS USA LLC, et al., | Case No. 16-33433 |
| Debtors.[1] | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 27, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**, and via Electronic Mail upon the service list attached hereto as **Exhibit C**:

- Notice of Sale Hearing, on August 24, 2016 **(Docket No. 62)**

Dated: August 8, 2016

/s/ Darlene Calderon
Darlene Calderon
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are Rotary Drilling Tools USA, LLC (5265), Tubular Repair, LLC (1136), Rotary Drilling Holdings IV, LLC (3309), and Pipe Coatings International LLC (2057).

# EXHIBIT A

Exhibit A
Master Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Top 40 | ACCOUNTEMPS | | PO BOX 60000 | | | SAN FRANCISCO | CA | 94160-3484 |
| Top 40 | BCBS HEALTH CARE SERVICE C | | PO BOX 731428 | | | DALLAS | TX | 75373-1428 |
| Top 40 | BEARING AND SEALING SOLUTION | | 2510 MCALISTER RD | | | HOUSTON | TX | 77092 |
| Top 40 | BKD, LLP | | 14241 DALLAS PARWAY | | | DALLAS | TX | 75254 |
| Top 40 | CD GROUP | | P. O. Box 102775 | | | Atlanta | GA | 30368 |
| EPA Headquarters | Civil Rights And Finance Dept of EPA | | 1200 Pennsylvania Ave Nw | | | Washington | DC | 20040 |
| Attorneys for SMS Technical Services LLC | Cohen & Grigsby PC | Thomas D Maxson Christina Manfredi McKinley | 625 Liberty Ave | | | Pittsburgh | PA | 15222-3152 |
| Top 40 | CROSSOVER INC. | | P.O. BOX 54589 | | | NEW ORLEANS | LA | 70154 |
| Committee of Unsecured Creditors; Top 40 | EMERALD METALS LLC | ATTN SEAN O'BOYLE | 14340 TORREY CHASE BLVD | SUITE 370 | | HOUSTON | TX | 77014 |
| Top 40 | ENERGY SERVICES GROUP | | 15019 N. BRENTWOOD | | | CHANNELVIEW | TX | 77530 |
| EPA Region 6 AR LA NM OK TX) | Environmental Protection Agency | | Fountain Place 12Th Floor Ste 1200 | 1445 ROSS AVE | | Dallas | TX | 75202-2733 |
| Top 40 | FUQUA CONSTRUCTION COMPANY, | | P.O. BOX 1537 | | | NAVASOTA | TX | 77868 |
| Top 40 | GRANT PRIDECO, L.P. | | P. O. BOX 202629 | | | DALLAS | TX | 75320-2629 |
| Top 40 | HACKER INTERNATIONAL, LLC | | P.O. BOX 1208 | | | HENDERSON | TX | 75653-1208 |
| Attorneys for MC Tubular Products, Inc. | Harrell Pailet & Associates PC | Justin J Dertinger | 5454 La Sierra Dr Suite 100 | | | Dallas | TX | 75231 |
| Committee of Unsecured Creditors | Heating Induction Services | Attn H William Burdett Jr | 14950 East Jefferson Suite 200 | | | Grosse Pointe Park | MI | 48230 |
| Top 40 | HEATING INDUCTION SERVICES, | | 24483 SORRENTINO COURT | | | CLINTON TOWNSHIP | MI | 48035 |
| Top 40 | HUNTING ENERGY SERVICES | | PO BOX 301606 | | | DALLAS | TX | 75303-1606 |
| Committee of Unsecured Creditors | Hunting Energy Services Inc | Attn Klane Kirby | 3817 Melancon Rd | | | Broussard | LA | 70518 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Corpus Christi Office | 555 N. Carancahua St. | | | Corpus Christi | TX | 78401 |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | | Department of the Treasury | | | Austin | TX | 73301 |
| IRS | Internal Revenue Service | | PO BOX 105703 | | | Atlanta | GA | 30348-5703 |
| IRS | Internal Revenue Service GCLS | | 1919 Smith Street | | | Houston | TX | 77002 |
| Top 40 | KING TRUCKING, INC | | P.O. BOX 1100 | | | AMELIA | LA | 70340 |
| Top 40 | KNJ MANUFACTURING, INC. | | 8550 FAIRBANKS N HOUSTON RD | | | HOUSTON | TX | 77064 |
| Top 40 | KPMG | | 717 NORTH HARWOOD STREET | | | DALLAS | TX | 75201-6585 |
| Top 40 | L. REIT, LTD | | 7904 N. SAM HOUSTON PKWY W #102 | | | HOUSTON | TX | 77064 |
| Top 40 | MANUFACTURING TECHNOLOGY INC | | P.O. BOX 3059 | | | SOUTH BEND | IN | 46619-0059 |
| Top 40 | MARTINEZ PIPE SERVICES | | P.O. BOX 96366 | | | HOUSTON | TX | 77213 |
| Committee of Unsecured Creditors; Top 40 | MC TUBULAR PRODUCTS INC | ATTN MARIO PRATS | 757 N. ELDRIDGE PARKWAY | SUITE 650 | | HOUSTON | TX | 77079 |
| Top 40 | MIKE SULLIVAN TAX ASSESSOR-COLLECTOR | | P.O. BOX 4622 | | | HOUSTON | TX | 77210-4622 |
| Top 40 | mindSHIFT Technologies, Inc. | | 47 MALL DRIVE | | | COMMACK | NY | 11725 |
| Top 40 | NAVASOTA INDUSTRIAL SUPPLY, | | P.O. BOX 1487 | | | NAVASOTA | TX | 77868 |
| Top 40 | PANMERIDIAN TUBULAR | | 14550 TORREY CHASE BLVD | | | HOUSTON | TX | 77014 |
| Top 40 | PATTERSON TUBULAR | | P.O. BOX 203379 | | | DALLAS | TX | 75320-3379 |
| Pre and Post Secured Lender; Agent Under the Prepetition First Lien Credit Agreement | PNC Bank, N.A. | Attn Relationship Manager (RDT) | 2100 Ross Avenue, Suite 1850 | | | Dallas | TX | 75201 |

**Exhibit A**
**Master Service List**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Pre and Post Secured Lender; Agent Under the Prepetition First Lien Credit Agreement | PNC Bank, N.A. | Attn: Lisa Pierce | PNC Agency Services | PNC Firstside Center | 500 First Avenue, 4th Floor | Pittsburgh | PA | 15219 |
| Pre and Post Secured Lender; Agent Under the Prepetition First Lien Credit Agreement | PNC Business Credit | Attn: Renae Sinclair | Two Allen Center | 1200 Smith Street, Suite 830 | | Houston | TX | 77002 |
| Top 40 | R. SMITH & SON, INC. | | P.O. BOX 73052 | | | HOUSTON | TX | 77273 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Committee of Unsecured Creditors; Top 40 | SMS TECHNICAL SERVICES LLC | ATTN PATRICK WARD | 210 WEST KENSINGER DRIVE | SUITE 300 | | CRANBERRY TOWNSHIP | PA | 16066-3435 |
| Top 40 | STRESS ENGINEERING SERVICES | | P.O. BOX 301311 | | | DALLAS | TX | 75303-1311 |
| Top 40 | SURFACE PREPARATION-TEXAS LL | | 5973 SOUTH LOOP EAST | | | HOUSTON | TX | 77033 |
| EPA State | Texas Commission On Environmental Quality | | 12100 Park 35 Circle | | | Austin | TX | 87853 |
| Top 40 | TIMKENSTEEL MATERIAL SERVICE | | PO BOX 121137 | | | DALLAS | TX | 75312-1137 |
| Top 40 | TMK IPSCO INTERNATIONAL L.L. | | PO BOX 203623 | | | DALLAS | TX | 75320-3623 |
| Top 40 | TUBOS REUNIDOS AMERICA, INC. | | 550 POST OAK BLVD | | | HOUSTON | TX | 77027 |
| Committee of Unsecured Creditors; Top 40 | TUBULAR MILL INSPECTIONS, LLC | ATTN RYAN FRANCO | 4203 MONTROSE BLVD SUITE 200 | | | HOUSTON | TX | 77006 |
| Top 40 | TXU ENERGY | | PO BOX 650638 | | | DALLAS | TX | 75265 |
| US Department of Justice | U.S. Attorney's Office Southern District of Texas | | 1000 Louisiana Ste 2300 | | | Houston | TX | 77002 |
| Top 40 | UNITED VISION LOGISTICS | | P.O. BOX 975357 | | | DALLAS | TX | 75397-5357 |
| EPA Headquarters | US EPA Ariel Rios Building AR | Lisa Jackson Administrator | 1200 Pennsylvania Ave Nw | RM 3000 | | Washington | DC | 20004 |
| Top 40 | VALSPAR CORPORATION | | P.O. BOX 417301 | | | BOSTON | MA | 02241-7301 |
| Committee of Unsecured Creditors; Top 40 | VENOM INSPECTION SERVICES | ATTN CHARLES COLEMAN | P.O. BOX 567 | | | RICHMOND | TX | 77406 |
| Top 40 | VINCE DELIVERY INC | | 1639 GAULT ROAD | | | HOUSTON | TX | 77039 |

# EXHIBIT B

**Exhibit B**
**Creditor Matrix List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 432 Internet | | 4526 E University Blvd | Bldg 5 Suite 1 | | Odessa | TX | 79762 | |
| 432Tech LLC | | 4526 E University Blvd | Bldg 5 Suite 1 | | Odessa | TX | 79762 | |
| 432TECH LLC | | 4526 E UNIVERSITY BLVD | | | ODESSA | TX | 79762 | |
| 625-WATER (9283) | | 137 W. 2ND | | | AMELIA | CO | 81650 | |
| A & E Leasing | | 1005 Clothilde St | | | Morgan City | LA | 70381 | |
| A & E OFFICE MACHINES, INC. | | P.O. BOX 427 | | | ATLANTA | LA | 70392 | |
| A&E Leasing | | | | | RIFLE | | | |
| A+ ANSWERING SERVICES, LLC | | P.O. BOX 155 | | | GREAT FALLS | LA | 70342 | |
| ACCOUNTEMPS | | PO BOX 60000 | | | SAN FRANCISCO | CA | 94160-3484 | |
| ACCOUNTEMPS - wages | | PO BOX 743295 | | | LOS ANGELES | CA | 90074-3295 | |
| ACE STEEL SUPPLY LP | | 203 BLUE BELL RD | | | HOUSTON | TX | 77037 | |
| ACEVEDO, OSMAN | | 2103 Fiesta Lane | | | Richmond | TX | 77469 | |
| ACTION CALIBRATION & SERVICE | | 5200 MITCHELLDALE ST | | | HOUSTON | TX | 77092 | |
| ADOBE EQUIPMENT TEXAS | | 7607 WALLISVILLE ROAD | | | HOUSTON | TX | 77020 | |
| AGUIRRE, ALEJANDRO | | 13607 Blazey Drive | | | Houston | TX | 77041 | |
| AIP | | 7100 N. LOOP EAST, SUITE A-6 | | | HOUSTON | TX | 77028 | |
| AIR AMERICA TRANSPORTATION | | 5018 DEBENEY DR. | | | HOUSTON | TX | 77039 | |
| AIRGAS MID SOUTH, INC. | | PO BOX 676031 | | | WICHITA FALLS | TX | 76301 | |
| AKZO NOBEL PAINTS LLC - RDT | | P.O. BOX 676340 | | | DALLAS | TX | 75267-6340 | |
| ALAMIA, APRIL | | 9312 KOSTELNIK | | | NEEDVILLE | TX | 77461 | |
| ALLEN III, FREDDIE | | 409 KERR ST | | | EDNA | TX | 77957 | |
| ALLEN JR., FREDDIE | | 4100 Walker Dr | | | Bay City | TX | 77414 | |
| ALLIED ELECTRONICS, INC. | | PO BOX 2325 | | | FORT WORTH | TX | 76113-2325 | |
| Amegy Bank a division of ZB, N.A. | Alison H Townsend VP Treasury Management | 4400 Post Oak Parkway 6th Floor | | | Houston | TX | 77027 | |
| AMERICAN DRUG TESTING CONSOR | | 6279 MAIN ST | | | DALLAS | CT | 06611 | |
| AMERICAN SURVEYING & MAPPING | | 3191 MAGUIRE BLVD | | | DALLAS | FL | 32803 | |
| AMS AUTOMATION, INC. | | 10015 CHICKASAW LANE | | | HOUSTON | TX | 77041 | |
| APEX NDT TRAINING SERVICES | | 12680 W LAKE HOUSTON PKWY | | | HOUSTON | TX | 77044 | |
| APPLIED ENERGY COMPANY, LLC | | 1205 VENTURE COURT | | | CARROLLTON | TX | 75006 | |
| ARMSTRONG SANITATION PLUS IN | | P.O. BOX 660177 | | | WILMINGTON | TX | 75266 | |
| AT&T - Land Line | | P O BOX 105262 | | | ODESSA | GA | 30348-5262 | |
| AT&T - Wireless | | PO BOX 6463 | | | CAROL STREAM | IL | 60197-6463 | |
| AT&T - Wireless | | PO BOX 6463 | | | TRUMBULL | IL | 60197-6463 | |
| ATS SYSTEMS | | 30222 ESPERANZA | | | RANCHO SANTA MARGARITA | CA | 92688 | |
| AUNG, THEIN H | | 16519 E. Canterra Cl | | | Houston | TX | 77095 | |
| B.D.I. | | P.O. BOX 17947 | | | DENVER | CO | 80217-0947 | |
| BANANA OFFICE SYSTEMS | | 819 AVE I | | | ROSENBERG | TX | 77471 | |
| BARBER, TIMOTHY | | 3876 G 1/4 ROAD | | | Palisade | CO | 81526 | |
| BARDAN, MARIO | | 805 Brooks Ave | | | Rosenberg | TX | 77471 | |
| BAUMAN, DANIEL | | 527 Averey Court | | | New Castle | CO | 81647 | |
| BCBS HEALTH CARE SERVICE C | | PO BOX 731428 | | | WILLISTON | TX | 75373-1428 | |
| BEE ELECTRIC | | P.O. BOX 12666 | | | ROSHARON | TX | 79768 | |
| BETCO SCAFFOLDS | | P.O. BOX 2885 | | | HOUSTON | TX | 77252-2885 | |
| BILL C MARTIN | | 701 BAYOU BEND | | | DEER PARK | TX | 77563 | |

**Exhibit B**
**Creditor Matrix List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BISHOPS OFFICE NEEDS | | 16810 Barker Springs Rd. #215 | | | HOUSTON | TX | 77084 | |
| Blackhawk Industrial | Commercial Collection Corp of NY | 34 Seymour St | | | Tonawanda | NY | 14150 | |
| BLACKHAWK INDUSTRIAL DISTRIB | | P.O. BOX 205665 | | | DALLAS | TX | 75320-5665 | |
| B-LINE FILTER & SUPPLY, INC. | | 1509 WEST 2ND STREET | | | Evanston | TX | 79763 | |
| Boots Transportation, Inc. | | DEPARTMENT 27 | | | HOUSTON | TX | 77210-4652 | |
| Boots Transportation, Inc. | | DEPARTMENT 27 | | | NAVASOTA | TX | 77210-4652 | |
| BORJA, ROBERTO | | 17133 IMPERIAL VALLEY #75 | | | HOUSTON | TX | 77060 | |
| BOWSIER, JAMES | | 7019 ZIEGLERS GROVE | | | RICHMOND | TX | 77469 | |
| BRADY TRUCKING, INC. | | 5130 S, 5400 E | | | MIDLAND | UT | 84078 | |
| BRIAN SERVICE AND CALIBRATIO | | P.O. BOX 1348 | | | PEARLAND | TX | 77581 | |
| BRIGARD & URRUTIA (WIRE ONLY | | LEGAL COLUMBIA | | | | | | |
| BROWN ELECTRIC COMPANY | | P.O. BOX 1623 | | | STAFFORD | TX | 79760 | |
| BUSINESS CREDIT REPORTS INC | | 1645 NASHVILLE PIKE | | | GALLATIN | TN | 37066 | |
| BUSINESS SOLUTIONS INTERNATI | | 9203 Emmott Road | | | HOUSTON | TX | 77040 | |
| Business Solutions International (BSI) | | 5151 Mitchelldale Suite A10 | | | Houston | TX | 77092 | |
| C. M. Thibodaux Co., Ltd. | | P.O. Drawer 300 | | | Amelia | LA | 70340 | |
| CAMPOS, ADRIAN | | 12610 EASTBROOK DR | | | HOUSTON | TX | 77013 | |
| CAMPOS, JOSE DAVID | | 9402 Sweeney Brook Ln | | | Rosenburg | TX | 77469 | |
| CARRIZALES, MARGARITO | | 11740 BULS RD | | | EAST BERNARD | TX | 77435 | |
| CD GROUP | | P. O. Box 102775 | | | Atlanta | GA | 30368-2775 | |
| Centerpoint Energy Services | | 1111 Louisiana | | | Houston | TX | 77002 | |
| CENTURY LINK | | PO BOX 29040 | | | DALLAS | AZ | 85038-9040 | |
| Centurylink | | 100 Centurylink Dr | | | Monroe | LA | 71203 | |
| CERTIFIED (CHEMSEARCH) | | PO BOX 152170 | | | IRVING | TX | 75015-2170 | |
| CHARLES G. HOLMSTEN, M.D. | | 7545 S. BRAESWOOD BLVD. | | | HOUSTON | TX | 77071 | |
| CHUNN, OTIS GLENN | | 11711 Saxon Place Court | | | Cypress | TX | 77433 | |
| Cintas | | P.O. Box 650838 - Loc #82 | | | Dallas | TX | 75265-0838 | |
| CINTAS CORPORATION | | PO BOX 650838 | | | DALLAS | TX | 75265-0838 | |
| CINTAS FIRST AID & SAFETY | | P.O. BOX 631025 | | | ODESSA | OH | 45263-1025 | |
| City of Beasley | | Paid through the state tax return | | | | | | |
| CITY OF EVANSTON | | 1200 MAIN STREET | | | EVANSTON | WY | 82930 | |
| City of Evanston | | 1200 Main St | | | Evanston | WY | 82930-3396 | |
| CITY OF HOUSTON | | Department of Health and Human Services | | | Houston | TX | 77054 | |
| City of Odessa | | 411 W 8th St | | | Odessa | TX | 79760-2552 | |
| CLECO POWER LLC | | P.O. BOX 660228 | | | TUCSON | TX | 75266-0228 | |
| CM EVENT SERVICES | | PO BOX 5224 | | | KINGWOOD | TX | 77325 | |
| COASTAL BUTANE SERVICE COMPA | | 3230 BAMORE ROAD | | | ROSENBERG | TX | 77471-5716 | |
| COASTAL SERVICES | | 11444 MUECK RD | | | NEEDVILLE | TX | 77461 | |
| COFFEY MFG, LLC | | 711 MAJORS COURT | | | BAKERSFIELD | CA | 93308 | |
| COLE CARBIDE INDUSTRIES, INC | | 4930 S LAPEER RD | | | MONTOURSVILLE | MI | 48359 | |
| Colorado Department of Revenue | | 1375 Sherman St | | | Denver | CO | 80261 | |
| Colorado Department of Revenue | | 1375 Sherman St | | | DENVER | CO | 80261-0013 | |
| Colorado Dept of Revenue | | 1375 Sherman St | | | Denver | CO | 80261-0013 | |
| COMCAST - RDT | | PO BOX 660618 | | | DALLAS | TX | 75266 | |
| COMFORT INN - ROSENBERG | | 3555 HWY 36 SOUTH | | | ROSENBERG | TX | 77471 | |
| COMPLETE PIPE SERVICES, LLC | | P.O. BOX 1753 | | | KILGORE | TX | 75663 | |
| Consolidate Communications | | P.O. BOX 66523 | | | ST. LOUIS | MO | 63166-6523 | |

**Exhibit B**
**Creditor Matrix List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Consolidated Communications | | 121 South 17th St | | | Mattoon | IL | 61938 | |
| CONSOLIDATED COMMUNICATIONS | | P.O. BOX 66523 | | | ST. LOUIS | MO | 63166-6523 | |
| Consolidated Communications (CCI) | | 350 South Loop 336 West | | | Conroe | TX | 77304 | |
| Constellation | | 100 Constellation Way | | | Baltimore | MD | 21202 | |
| CONSTELLATION | | 14217 COLLECTION CENTER DR | | | CHICAGO | IL | 60693 | |
| Constellation New Energy Inc. | | 1221 Lamar, Suite 750 | | | Houston | TX | 77010 | |
| CONTROL CONCEPTS | | DEPT 314 | | | HOUSTON | TX | 77210 | |
| CONTROL LASER CORP | | 7101 TPC DRIVE | | | ORLANDO | FL | 32822 | |
| CORRMET ENGINEERING SERVICES | | 12315 CHIMNEY ROCK | | | HOUSTON | TX | 77035 | |
| CORTEZ-REYES, NOE | | 1106 COON DR | | | ROSENBERG | TX | 77471 | |
| CPTI | | 900 SEVENTH ST NW | | | WASHINGTON | DC | 20001 | |
| CRAWFORD, MICHAEL W | | 9844 CYPRESSWOOD DR | | | HOUSTON | TX | 77070 | |
| CREST INDUSTRIAL CHEMICALS I | | 1713 COUNTY ROAD 57 | | | PORTLAND | TX | 77583 | |
| CREST INDUSTRIAL CHEMICALS I | | 1713 COUNTY ROAD 57 | | | ROSHARON | TX | 77583 | |
| CROWLEY FLECK PLLP | | P.O. BOX 2529 | | | BILLINGS | MT | 59103-2529 | |
| CSI INSPECTION, LLC. | | DEPT 165013 | | | CINCINNATI | LA | 70162-2600 | |
| CTMI | | 12720 HILLCREST RD | | | DALLAS | TX | 75230 | |
| CUTTING TOOLS, INC. | | P.O. BOX 41109 | | | KANSAS CITY | TX | 77241-1109 | |
| CYNJOE POLYURETHANE | | PO BOX 988 | | | NAVASOTA | TX | 77868-9998 | |
| CYPRESS 290 WELDING | | PO BOX 1233 | | | CYPRESS | TX | 77410-1233 | |
| D & P TECHNOLOGIES, INC. | | PO BOX 10268 | | | HOUSTON | TX | 77206 | |
| D.T. QUALITY TOOLS INC. | | 1209 WASHINGTON ST. | | | SOUTH HOUSTON | TX | 77587 | |
| Dan Consultoria e Servicos Ltda | | Rua Das Marrecas 39 | Sala 602 Centro | | Rio de Janeiro | RJ | 20031--120 | BRAZIL |
| DANIELSON, ANDREW | | 3022 Valley Spring T | | | Katy | TX | 77449 | |
| DAVID PIWONKA, TAX ASSESSOR- | | CYPRESS-FAIRBANKS ISD | | | HOUSTON | TX | 77065 | |
| DAVIS BROS AUTO SUPPLY #2 | | 2811 AVE. H | | | ROSENBURG | TX | 77471 | |
| De Lage Landen | | 1111 Old Eagle School Rd | | | Wayne | PA | 19087-8608 | |
| DE LAGE LANDEN FINANCIAL SER | | PO BOX 41602 | | | PHILADELPHIA | PA | 19101-1602 | |
| DE LAGE LANDEN FINANCIAL SER | | PO BOX 41602 | | | SALT LAKE CITY | PA | 19101-1602 | |
| De Lage Landen Financial Services Inc. | | 1111 Old Eagle School Rd | | | Wayne | PA | 19087-8608 | |
| DEALERS ELECTRICAL SUPPLY | | PO BOX 2535 | | | WACO | TX | 76702-2535 | |
| DEEP SOUTH SALES CONSULTING | | P.O. BOX 851 | | | RACELAND | LA | 70394 | |
| DELGADO, JOHN A | | 2204 SHANE RD | | | RICHMOND | TX | 77469 | |
| DELOSSANTOS, NESTOR | | 5917 TRINITY RD | | | NEEDVILLE | TX | 77461 | |
| Department of the Treasury - Internal Revenue Service | Department of the Treasury - Internal Revenue Service | Internal Revenue Service | 1919 Smith Street M/S 5022HOU | | Houston | TX | 77002 | |
| Department of the Treasury - Internal Revenue Service | Internal Revenue Service | 1919 Smith Street M/S 5022HOU | | | Houston | TX | 77002 | |
| Department of the Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| DETERCO, INC. | | 6633 POLK STREET | | | HOUSTON | TX | 77011 | |
| DGI SUPPLY | | 4830 SOLUTION CENTER | | | HOUSTON | IL | 60677-4008 | |
| DISTRIBUTION NOW (USED TO BE | | P.O. BOX 200822 | | | DALLAS | TX | 75320-0822 | |
| DIXIE CULLEN INTERESTS, INC. | | 8501 EAST FREEWAY | | | HOUSTON | TX | 77029 | |

Exhibit B
Creditor Matrix List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DUBOSE, JESSE K | | P.O. BOX 123 | | | DAMON | TX | 77430 | |
| DUONG, DAVID | | 13602 OAK BEND FOREST DR. | | | HOUSTON | TX | 77083 | |
| DXP ENTERPRISES, INC. | | P.O. BOX 201791 | | | DALLAS | TX | 75320-1791 | |
| Ector County Tax | | 1010 E 8th St | | | Odessa | TX | 79761 | |
| EGAN, DOYLE L | | 10039 ESTES HILL LANE | | | CONROE | TX | 77302 | |
| ELDER TRUCKING | | 1156 COUNTY ROAD 352 | | | RIFLE | CO | 81650 | |
| ELLIOTT ELECTRIC SUPPLY | | PO BOX 630610 | | | NACOGDOCHES | TX | 75963 | |
| Encana Oil and Gas | | 500 Centre Street SE | | | Calgary | AB | T2G 1A6 | CANADA |
| Ensco International Incorporated | | 15021 Katy Freeway Ste 300 | | | Houston | Tx | 77094 | |
| Enterprise FM Trust | | 10401 Centrepark Dr #200 | | | Houston | TX | 77043 | |
| Enterprise FM Trust | | P.O. BOX 800089 | | | KANSAS CITY | MO | 64180-0089 | |
| Essentra | | PO Box 848378 | | | DALLAS | TX | 75284-8378 | |
| Examinetics, Inc. | | P.O. Box 410047 | | | KANSAS CITY | MO | 64141-0047 | |
| FANUC AMERICA CORPORATION | | DEPARTMENT 77-7986 | | | CHICAGO | IL | 60678-7986 | |
| FASTENAL COMPANY | | P.O. BOX 1286 | | | WINONA | MN | 55987-1286 | |
| FAULTRY, ANTHONY | | 1124 TOBOLA ST. | | | ROSENBERG | TX | 77471 | |
| FEDEX | | P.O. BOX 660481 | | | DALLAS | TX | 75266-0481 | |
| FIRST SOURCE ELECTRICAL | | 7930 BLANKENSHIP DR | | | HOUSTON | TX | 77055-1006 | |
| Fort Bend County Tax Assessor-Collector | | 1317 EUGENE HEIMANN CIRCLE | | | RICHMOND | TX | 77469-3623 | |
| FORT BEND HYDRAULICS | | 2301 AVE F | | | ROSENBERG | TX | 77471 | |
| FOUR-O FLUID POWER SALES, IN | | 2300 DELANTE ST | | | FORT WORTH | TX | 76117 | |
| FREEWAY TIRE, INC. | | 217 BEAR RIVER DRIVE | | | EVANSTON | WY | 82930 | |
| FUSECO, INC. | | 1211 REGAL ROW | | | DALLAS | TX | 75247 | |
| FUSEPLUS, INC. | | 1780 WEST SAM HOUSTON PKWY NORTH | | | HOUSTON | TX | 77043 | |
| G & K SERVICES, INC. | | P.O. BOX 842385 | | | ODESSA | MA | 02284-2385 | |
| G&K Services | | 1671 S 4370 West | | | Salt Lake City | UT | 84104 | |
| Garfield County | | P. O. Box 1069 | | | Glenwood Springs | CO | 81601 | |
| Garfield County Treasurer | | P. O. Box 1069 | | | RANCHO CUCAMONGA | CO | 81601 | |
| GE CAPITAL | | PO BOX 740425 | | | ATLANTA | GA | 30374-0425 | |
| GEA OF TEXAS, INC. | | 9434 KATY FWY | | | HOUSTON | TX | 77055 | |
| GENERAL DISTRIBUTING CO | | 430 17TH AVE NE | | | Los Angles | MT | 59404 | |
| General Electric Capital Corporation | | 300 E John Carpenter Fwy Suite 204 | | | Irving | TX | 75062-2712 | |
| GILLEN PEST CONTROL, INC. | | 1012 MORTON ST. | | | RICHMOND | TX | 77469 | |
| GONZALEZ, JUAN R | | 6027 BOWERS ST | | | WALLIS | TX | 77485 | |
| GOTCO INTERNATIONAL, INC. | | 14421 CHRISMAN RD | | | HOUSTON | TX | 77039 | |
| GRAHAM BERRY (WIRE TRANSFER) | | | | | | | | |
| GRAINGER - PCI | | DEPT. 881216345 | | | PALATINE | IL | 60038-0001 | |
| GRAINGER - RDT | | DEPT. 870304003 | | | PALATINE | IL | 60038-0001 | |
| GRAINGER - TR | | DEPT 868422585 | | | MORGAN CITY | MO | 64141-6267 | |
| GRANT PRIDECO, L.P. | | P. O. BOX 202629 | | | VICTORIA | TX | 75320-2629 | |
| GRB Transport LLC | | 4322 Regency Villa Dr | | | Houston | Tx | 77084 | |
| Great America Financial Services Total O | | 625 First St SE | | | Cedar Rapids | IA | 52401 | |
| GREATAMERICA FINANCIAL SVCS. | | P.O. BOX 660831 | | | ODESSA | TX | 75266-0831 | |
| Greg Harris | | 13120 Morgan Lane | | | Needville | TX | 77461 | |
| GRINDING TECHNOLOGY LLC | | 220 BARREN SPRINGS DR, SUITE 21 | | | HOUSTON | TX | 77090 | |

**Exhibit B**
**Creditor Matrix List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| GULF COAST FLUID POWER SERVI | | 4125 HOLLISTER RD | | | HOUSTON | TX | 77080 | |
| GULF X-RAY SERVICES, INC | | 1418 Dupas Street | | | GRETNA | LA | 70053 | |
| HAILEYS HOT SHOT, LLC | | DBA HAILEYS HOT SHOT, LLC | | | VICTORIA | TX | 79703 | |
| HAMMOND MFG CO | | 4700 GENESEE ST | | | CHEEKTOWAGA | NY | 14225 | |
| Harris County Tax Assessor-Collector | | P.O. BOX 4622 | | | Houston | TX | 77210-4622 | |
| Harris County Tax Assessor-Collector | | TAX ASSESSOR-COLLECTOR | P.O. BOX 4622 | | HOUSTON | TX | 77210-4622 | |
| HARRIS, GREGORY A | | 13120 Morgan Lane | | | Needville | TX | 77461 | |
| HERRERA, JESSE M. | | 233 Shenandoah Dr. | | | Richmond | TX | 77469 | |
| HETZEL, ROY | | 640 34 RD | | | CLIFTON | CO | 81520 | |
| HIGH TECH TOOL, INC. | | 7803 SOUTH LOOP E | | | HOUSTON | TX | 77012 | |
| HOLBERT STEEL | | 205 NOLAN ROAD | | | BROUSSARD | LA | 70518 | |
| Holland & Knight | Attn Michelle W. Suarez, Esq. | 200 Crescent Court | Suite 1600 | | Dallas | TX | 75201 | |
| Holy Cross Energy | | 3799 Hwy 82 | | | Glenwood Springs | CO | 81602-2150 | |
| HOUSTON BEARING & SUPPLY CO | | 5311 CORNISH | | | HOUSTON | TX | 77007 | |
| Houston International Specialty, Inc. | | 19996 Hickory Twig Way | | | Spring | Tx | 77388 | |
| HOUSTON PRECISION, INC. | | 6633 POLK STREET | | | HOUSTON | TX | 77011 | |
| HOUSTON TOOL & HOIST CO,.INC | | 1401 BOYLES ST. | | | HOUSTON | TX | 77020 | |
| HOYE, CHRISTOPHER | | 652 DUKE AVE | | | ODESSA | TX | 79765 | |
| HYDRAQUIP DISTRIBUTION, INC. | | 4723 PINEMONT DR | | | HOUSTON | TX | 77092 | |
| HYG FINANCIAL (NMHG) | | PO BOX 643749 | | | DALLAS | PA | 15264-3749 | |
| HYG FINANCIAL (NMHG) | | PO BOX 643749 | | | PITTSBURGH | PA | 15264-3749 | |
| IGLESIAS, CLAUDIA | | 2023 JUNIPER DALE DR | | | ROSENBERG | TX | 77471 | |
| INSPECTION OILFIELD SERVICES | | DEPT 730029 | | | ATLANTA | TX | 75266-0919 | |
| Internal Revenue Service | | | | | Ogden | UT | 84201 | |
| IQITY SOLUTIONS LLC | | 3000 STONEWOOD DR | | | WEXFORD | PA | 15090 | |
| IRM SERVICES LTDA | | | | | | | | |
| ITEX TOOL & SUPPLY, INC. | | 13529-M SKINNER ROAD | | | CYPRESS | TX | 77429 | |
| J.D. ELZNER HOLDING, LLC | | 895 ROSATONE TRAIL | | | HOUSTON | TX | 77024 | |
| J.D. Elzner Holdings | | 11767 Katy Fwy Suite 510-A | | | Houston | TX | 77079 | |
| JAMES A WAYNE | | 2608 N. LAURENT | | | DALLAS | TX | 77901 | |
| JANIKING OF HOUSTON | | 4535 SUNBELT DR | | | ADDISON | TX | 75001 | |
| Jani-King of Houston | | 12144 Dairy Ashford Suite 100 | | | Sugar Land | TX | 77478 | |
| JMF ENTERPRISES | | 3724 S TAFT HILL RD | | | CHICAGO | CO | 80526 | |
| JODA TRANSPORTATION | | P.O. BOX 269 | | | PEARLAND | TX | 77588 | |
| JOHN WESLEY JOHNSON | | 3191 MAGUIRE BLVD | | | ORLANDO | FL | 32803 | |
| JURADO, RONALD | | 810 BROOKS AVE # 412 | | | ROSENBERG | TX | 77471 | |
| KELLY III, THOMAS | | PO BOX 72 | | | AMELIA | LA | 70340 | |
| King Trucking, Inc. | | PO Box 1100 | | | Amelia | LA | 70340 | |
| KODY W BLEVINS (MY LEGACY) F | | P.O. BOX 232 | | | EVANSTON | WY | 82930 | |
| KONECRANES, INC. | | P.O. BOX 641807 | | | PITTSBURGH | PA | 15264-1807 | |
| KRELLER CONSULTING | | 817 MAIN ST | | | CINCINNATI | OH | 45202 | |
| KSC DIRECT | | 1004 W OKLAHOMA AVE | | | GRAND ISLAND | NE | 68801 | |
| KUERSTEN CONSTRUCTION LLC | | P.O.BOX 1530 | | | ODESSA | CO | 81650 | |
| L. Reit Ltd | | 7904 N. SAM HOUSTON PKWY W #102 | | | HOUSTON | TX | 77064 | |

In re Rotary Drilling Tools USA, LLC
Case No. 16-33433
Page 5 of 11

**Exhibit B**
**Creditor Matrix List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| L. Reit Ltd | | 7904 Sam Houston Pkwy W #102 | | | Houston | TX | 77064 | |
| LANE, MICHAEL | | P.O. BOX 212 | | | WASHINGTON | TX | 77880 | |
| LCWSA - 807 | | P.O. BOX 186 | | | DALLAS | PA | 17754 | |
| LEEK SAFETY & FIRE EQUIPMENT | | P.O. BOX 1583 | | | WEST JORDAN | TX | 79760 | |
| L-H PRINTING | | P. O. BOX 590 | | | SCOBEY | LA | 70381 | |
| LIAN, DENY | | 9450 WOODFAIR DR APT 1712 | | | HOUSTON | TX | 77036 | |
| LMJ Supply Company | | 6226 Hollydale Ridge Ln | | | Katy | TX | 77494 | |
| Lockton Companies LLC | | PO Box 123036 | | | Dallas | TX | 75312-3036 | |
| LOR Consulting Inc. | | 17928 Beaumont Hwy | | | Houston | TX | 77049 | |
| Louisiana Department of Revenue | | PO Box 3138 | | | BATON ROUGE | LA | 70821-3138 | |
| Louisiana Dept of Revenue | | P.O. Box 3138 | | | Baton Rouge | LA | 70821-3138 | |
| LOWES | | P.O. BOX 530970 | | | ATLANTA | GA | 30353-0970 | |
| MACHINISTS SPECIALTY, INC. | | P.O. BOX 11454 | | | DALLAS | TX | 79760 | |
| MAGNUM METAL TREATING | | 4400 FRAZIER | | | CONROE | TX | 77303 | |
| MARATHON MACHINE TOOLS | | 5515-B FM 1960 EAST | | | HUMBLE | TX | 77346 | |
| MARATHON PROTECTORS & SUPPLY | | PO BOX 970 | | | DETROIT | LA | 70517 | |
| Marcelino Paulo Salermo Neto | | 244 Jose Passos De Sousa Junho Ave #502 | | | Morada Das Garcas - Macae | | RJ 027 | BRAZIL |
| Marcelino Paulo Salermo Neto - Wage | | 244, JOSE PASSOS DE SOUSA JUNHO AVE | | | MORADA DAS GARCAS - MACAE | RJ | 27920--570 | BRAZIL |
| MARCO | | 3425 E LOCUST STREET | | | DAVENPORT | IA | 52803 | |
| MARTINEZ, OSCAR D | | 1809 Brumbelow St | | | Rosenberg | TX | 77471 | |
| MATERA PAPER COMPANY INC | | P.O. BOX 200184 | | | SAN ANTONIO | TX | 78220 | |
| MATHESON TRI-GAS, INC. | | 2311 W 42ND ST | | | CAROL STREAM | TX | 79764 | |
| MAVERICK FIRST AID LLC | | 565 S. MASON RD | | | KATY | TX | 77450 | |
| MCAFEE & TAFT | | 211 N ROBINSON, SUITE 1000 | | | OKLAHOMA CITY | OK | 73102 | |
| McMASTER-CARR SUPPLY CO | | PO BOX 4355 | | | CHICAGO | IL | 60680-4355 | |
| MCMASTER-CARR SUPPLY CO | | PO BOX 7690 | | | CHICAGO | IL | 60680-7690 | |
| MECHANICAL INNOVATION | | 11906 CANYON TIMBERS DR | | | BERWICK | TX | 77377 | |
| Medico Industries, Inc. | | 1500 HIGHWAY 315 | | | WILKES-BARRE | PA | 18702 | |
| MEDLEY MATERIAL HANDLING CO. | | 4201 WILL ROGERS PARKWAY | | | BOZEMAN | OK | 73108 | |
| MENDEZ-FLORES, JOSE E | | 9810 JESKE RD | | | NEEDVILLE | TX | 77461 | |
| METAL REMOVAL SPECIALTIES | | 4407 N COUNTY RD WEST | | | TOMBALL | TX | 79764 | |
| METALLURGICAL SUPPLY | | 9137 SPRING BRANCH DRIVE | | | HOUSTON | TX | 77080 | |
| MIKE SULLIVAN | | TAX ASSESSOR-COLLECTOR | P.O. BOX 4622 | | HOUSTON | TX | 77210-4622 | |
| Mod Space | | 10604-1/2 Wallisville Rd | | | Houston | TX | 77013-4123 | |
| MODULAR SPACE CORPORATION | | 12603 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693-0126 | |
| MONTANA-DAKOTA UTILITIES CO | | P.O. BOX 5600 | | | MORGAN CITY | ND | 58506-5600 | |
| MONTANEZ, PEDRO | | 10407 HUNTINGTON WAY DT | | | HOUSTON | TX | 77099 | |
| MONTGOMERY CO. TAX A/C | | 400 N SAN JACINTO ST | | | CONROE | TX | 77301 | |
| Montgomery County Tax | | 400 N SAN JACINTO ST | 400 N SAN JACINTO ST | | CONROE | TX | 77301 | |
| Montgomery County Tax | | 400 N SAN JACINTO ST | | | Conroe | TX | 77301 | |
| MOORE, CHARLES | | 4815 BALDWIN | | | ODESSA | TX | 79764 | |
| MORALES, MARY | | 2930 FM 360 | | | Rosenberg | TX | 77471 | |
| MORRISON SUPPLY COMPANY | | PO BOX 70 | | | FT. WORTH | TX | 76101 | |
| Morrison Supply Company LLC | | PO Box 70 | | | Fort Worth | TX | 76101 | |
| MOTOR TRUCK PACLEASE | | P.O. BOX 1922 | | | Glenwood Springs | PA | 17013 | |

**Exhibit B**
**Creditor Matrix List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MOURRE, DARREN E | | 3215 BURTON RIDGE DRIVE | | | SPRING | TX | 77386 | |
| MRD Consultants (Marco Degiusti) | | 7714 Allegro Dr | | | Houston | TX | 77040 | |
| MSC INDUSTRIAL SUPPLY CO | | DEPT CH 0075 | | | ORLANDO | IL | 60055-0075 | |
| MUELLER INC. | | 3575 HWY 59 | | | ROSENBERG | TX | 77471 | |
| MWEC | | P.O. BOX 1346 | | | WILLISTON | NC | 58802-1346 | |
| MYINT, WIN | | 5900 RANCHESTER # 512 | | | HOUSTON | TX | 77036 | |
| NAEGELI TRANSPORTATION | | 7201 EASTHAVEN BLVD. | | | HOUSTON | TX | 77017 | |
| NATIONAL INSTITUTE OF STANDA | | PO BOX 301505 | | | LOS ANGELES | CA | 90030-1505 | |
| Navasota Industrial Supply Ltd | | 9527 FM 379 | | | Navasota | TX | 77868 | |
| NAVASOTA INDUSTRIAL SUPPLY, | | P.O. BOX 1487 | | | NAVASOTA | TX | 77868 | |
| NAVASOTA INDUSTRIAL SUPPLY, | | P.O. BOX 1487 | | | OKLAHOMA CITY | TX | 77868 | |
| NEEDVILLE AUTO SUPPLY, INC. | | P.O. BOX 466 | | | NEEDVILLE | TX | 77461 | |
| NEMONT (803) | | P.O. BOX 600 | | | SCOBEY | MT | 59263-0600 | |
| Nestle Waters | | 900 Long Ridge Rd Bldg 2 | | | Stamford | CT | 60902-1138 | |
| NewGen Oilfield Services | | 22306 Sherrod Ln | | | Spring | TX | 77389 | |
| Nitor Metal | | Av. Los Pilones, Sector La Florida | Campo Nitor | | Anaco | Anzoategui | | VENEZUELA |
| NJT, INC. | | 6925 PORTWEST DR. | | | HOUSTON | TX | 77024 | |
| NMHG Financial Services, Inc. | | 10 Riverview Dr | | | Danbury | CT | 06810 | |
| North Dakota | | 600 East Blvd Ave | | | BISMARK | CO | 58505 | |
| NORTH DAKOTA TAX COMMISSIONE | | PO BOX 5623 | | | BISMARK | ND | 58506-5623 | |
| North Dakota Unemployment Tax | | 600 East Blvd Ave | | | Bismarck | ND | 58505 | |
| NORTHERN SAFETY COMPANY, INC | | P.O. BOX 4250 | | | UTICA | NY | 13504-4250 | |
| NOV TUBOSCOPE MACHINING SERV | | PO BOX 201177 | | | DALLAS | TX | 75320-1177 | |
| NUT PLACE, THE | | 6605 GESSNER RD | | | HOUSTON | TX | 77040 | |
| NUTECH SPECIALTIES, INC. | | 9811SOUTH 6150 WEST | | | EVANSTON | UT | 84088 | |
| ORTIZ MAINTENANCE SERVICES | | 24006 RAIN CREEK DR | | | TOMBALL | TX | 77375 | |
| PARADIGM PARTNERS | | 1500 S. DAIRY ASHFORD | | | HOUSTON | TX | 77077 | |
| PATSY SCHULTZ, RTA | | P.O. BOX 1028 - PAYMENT PROCESS DEPT | | | SUGAR LAND | TX | 77487-1028 | |
| PATTERSON MOTOR FREIGHT, INC | | 519 N SAM HOUSTON PARKWAY E | | | NEW ORLEANS | TX | 77060 | |
| PENALOZA, BERNARDINO | | 1608 JENNY LN. | | | RICHMOND | TX | 77469 | |
| Pennsylvania Department of Revenue | | BUREAU OF CORPORATION TAXES | PO BOX 280427 | | HARRISBURG | PA | 17128-0427 | |
| Pennsylvania Dept of Revenue | | Bureau of Corporation Taxes | P.O. Box 280427 | | Harrisburg | PA | 17128-0427 | |
| PETROS | | 3075 WALNUT AVE | | | BAKERSFIELD | CA | 90807 | |
| PHELPS DUNBAR | | P.O. BOX 974798 | | | DALLAS | TX | 75397-4798 | |
| PHT LLC | | 5201 CAMP BOWIE BLVD #200 | | | FORT WORTH | TX | 76107 | |
| PINNACLE INDUSTRIES LTD | | BOX 1436 | | | PASADENA | TX | 77501 | |
| PIPE MAINTENANCE INC. | | DEPT 102 | | | HOUSTON | TX | 77210-4988 | |
| Pitney Bowes | | 2225 American Dr | | | Neenah | WI | 54956-1005 | |
| Pitney Bowes | | PO Box 371874 | | | PITTSBURGH | PA | 15250-7874 | |
| PIW MACHINERY, INC. | | 15020 WEST DRIVE | | | HOUSTON | TX | 77053 | |
| PMC LONE STAR | | DEPT 781487 | | | ALLENTOWN | MI | 48278-1487 | |
| PMC LONE STAR | | DEPT 781487 | | | DETROIT | MI | 48278-1487 | |
| PNC Bank Revolver | | | | | | | | |
| PNC Bank Term Loan | | | | | | | | |

**Exhibit B**
**Creditor Matrix List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PNC Bank, N.A. | | Attn Relationship Manager (RDT) | 2100 Ross Avenue, Suite 1850 | | Dallas | TX | 75201 | |
| PNC Bank, N.A. | | PNC Agency Services, Attn Lisa Pierce | PNC Firstside Center | 500 First Avenue, 4th Floor | Pittsburgh | PA | 15219 | |
| PNC Business Credit | | Attn Renae Sinclair | Two Allen Center | 1200 Smith Street, Suite 830 | Houston | TX | 77002 | |
| PORTALES, SAM | | 228 CREEKVIEW ST | | | LEAGUE CITY | TX | 77573 | |
| POSTLE INDUSTRIES, INC. | | 5500 WEST 164TH STREET | | | CLEVELAND | OH | 44142 | |
| POSTLE INDUSTRIES, INC. | | 5500 WEST 164TH STREET | | | PORTLAND | OH | 44142 | |
| POWERUP SURPLUS INC | | 8143 ALMEDA GENOA ROAD | | | HOUSTON | TX | 77075 | |
| PPL ELECTRIC UTILITIES | | 2 NORTH 9TH STREET | | | ALLENTOWN | PA | 18101-1175 | |
| PRAXAIR DISTRIBUTION, INC | | PO BOX 120812, DEPT 0812 | | | DALLAS | TX | 75312-0812 | |
| PRAXAIR DISTRIBUTION, INC | | PO BOX 120812, DEPT 0812 | | | WILLISTON | TX | 75312-0812 | |
| PROCESS TECHNOLOGY | | P.O. BOX 75722 | | | CLEVELAND | OH | 44101 | |
| PROSERVANCHOR CRANE GROUP | | PO BOX 670965 | | | HOUSTON | TX | 77267-0965 | |
| Quail Tools LP | | PO BOX 10739 | | | NEW IBERIA | LA | 70562 | |
| QUANTUM LEAP MARKETING | | 10203 HONDO HILL RD | | | HOUSTON | TX | 77064 | |
| Questar Gas | | 333 South State St | | | Salt Lake City | UT | 84145 | |
| QUILL | | P.O. BOX 37600 | | | PHILADELPHIA | PA | 19101-0600 | |
| RACCA SOLUTIONS GROUP | | 18 WILDEVER PL | | | THE WOODLANDS | TX | 77382 | |
| RADWELL INTERNATIONAL, INC. | | 111 MT HOLLY BYPASS | | | LUMBERTON | NJ | 08048 | |
| RALOW SERVICES, INC. | | P. O. BOX 2324 | | | ODESSA | LA | 70381 | |
| RAM PRODUCTS, LTD. | | P.O.BOX 821159 | | | FORT WORTH | TX | 76182-1159 | |
| RAMIREZ, LUIS A | | 425 FM 360 RD. | | | BEASLEY | TX | 77417 | |
| RAMOS OROZCO, ROSA | | 16121 WEST 29TH STREET | | | GOLDSMITH | TX | 79741 | |
| Range Resources - Appalachia, LLC | | 100 Throckmorton Streeet Suite 1200 | | | Houston | TX | 76102 | |
| RATHBUN, CYRUS WAYNE | | 17403 TELEGRAPH CREEK CT | | | SPRING | TX | 77379-1601 | |
| RDT Holdco, LLC | | 5757 Woodway, Suite 176 | | | Houston | TX | 77057 | |
| REA ELEKTRONIK, INC | | 7307 YOUNG DR | | | WALTON HILLS | OH | 44130 | |
| READY REFRESH | | P.O. BOX 856680 | | | LOUISVILLE | KY | 40285-6680 | |
| RED WING SHOE STORE | | 13843 SW FWY | | | SUGAR LAND | TX | 77478 | |
| RELIANT NDT LLC | | P.O. BOX 539 | | | LINDEN | TX | 75563 | |
| RENAISSANCE HEIGHTS | | 4701 11TH AVE WEST | | | VICTORIA | ND | 58801 | |
| Republic Lease | | | | | | | | |
| Republic Lease | | 8220 W Hwy 80 | | | Midland | TX | 79706-2826 | |
| RIGDATA | | PO BOX 820547 | | | ATLANTA | TX | 76182-0547 | |
| Rise Broadbrand | | 61 Inverness Dr East | Suite 250 | | Englewood | CO | 80112 | |
| Robert W Jones/Brent R McIlwain | | Brian Smith | Holland & Knight LLP | 200 Crescent Court, Suite 1600 | Dallas | TX | 75201 | |
| Rocky Mountain Power | | 825 N.E. Multnomah | | | Portland | OR | 97232 | |
| ROCKY MOUNTAIN POWER | | P.O. BOX 26000 | | | ODESSA | OR | 97256-0001 | |
| RODGERS JR, RAYMOND | | 8507 ALTIMORE RD | | | NEEDVILLE | TX | 77461 | |
| ROESSLER EQUIPMENT CO., INC. | | 5805 SCHUMACHER LANE | | | HOUSTNO | TX | 77057 | |
| ROMAN, ANTONIO | | 6014 MARTHA ST. | | | ROSHARON | TX | 77583 | |
| Rural Trash | | 918 FM 359 Rd | | | Richmond | TX | 77406 | |
| RURAL TRASH SERVICE, INC. | | P.O. BOX 1130 | | | NEEDVILLE | TX | 77461 | |
| S BAR S TRUCKING INC. | | 3301 CO RD 165 | | | EVANSTON | WY | 82930 | |
| SAIA MOTOR FREIGHT LINE, INC | | P.O. BOX 730532 | | | DALLAS | TX | 75373-0532 | |
| SATELLITE SHELTERS, INC. | | 2530 XENIUM LANE NORTH | | | ORLANDO | MN | 55441 | |
| SCAN SYSTEMS CORPORATION | | PO BOX 7659 | | | THE WOODLANDS | TX | 77387-7659 | |

In re Rotary Drilling Tools USA, LLC
Case No. 16-33433                                                                                     Page 9 of 11

**Exhibit B**
**Creditor Matrix List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SCHAGRIN ASSOCIATES | | 900 SEVENTH STREET | | | WASHINGTON | DC | 20001 | |
| Sealy Morris | | 273 Sugarberry Circle | | | Houston | TX | 77024 | |
| SELECT ENVIRONMENTAL | | PO BOX 301150 | | | DALLAS | TX | 75303-1150 | |
| SHERWIN WILLIAMS | | 504 FM 1092 | | | STAFFORD | TX | 77477 | |
| SILVA, JAMES | | P.O. BOX 542 | | | DAMON | TX | 77430 | |
| SILVA-OLVERA, JUAN CARLOS | | 18611 SHAVANO CT | | | CYPRESS | TX | 77433 | |
| SMITH MACHINERY CO., INC. | | PO BOX 651003 | | | OKLAHOMA CITY | OK | 73137 | |
| SMS Meer GMBH Germany | | Ohlerkirchweg 66 | | | Monchengladbach | | 41069 | GERMANY |
| SOLVCHEM, INC. | | MSC #750 | | | HOUSTON | TX | 77210 | |
| SORIA, SAMUEL | | 11309 WEST 64TH | | | ODESSA | TX | 79764 | |
| SOUTHEASTERN FREIGHT LINES | | PO BOX 100104 | | | COLUMBIA | SC | 29202-3104 | |
| SOUTHLAND TRUCK LEASING | | 1001 EDWARDS AVE | | | CARLISLE | LA | 70123 | |
| Southland Truckleasing | | 3689 West Park Ave | | | Gray | LA | 70359 | |
| SOUTHWEST CALIBRATION SERVIC | | 13114 MULA COURT | | | HOUSTON | TX | 77477 | |
| SOUTHWEST RESEARCH INSTITUTE | | 6220 CULEBRA RD | | | SAN ANTONIO | TX | 78238 | |
| SPECO | | 3200 ENGINEERING PKWY | | | ALPHARETTA | GA | 30004 | |
| ST MARY PARISH SHERIFFS OFF | | 3191 MAGUIRE BLVD | | | FORT COLLINS | LA | | |
| ST MARY PARISH WATER & SEWER | | P.O. BOX 309 | | | AMELIA | LA | 70340 | |
| St. Mary Parish Property and Sales Tax | | PO Drawer 1279 | | | Morgan City | LA | 70381-1279 | |
| St. Mary Parrish | | POST OFFICE DRAWER 1279 | | | MORGAN CITY | LA | 70381-1279 | |
| State of North Dakota | | PO BOX 5623 | | | BISMARK | ND | 58506-5623 | |
| State of North Dakota Sales/Use Tax | | P.O. Box 5623 | | | Bismarck | ND | 58506-5623 | |
| State of Texas | | COMPTROLLER OF PUBLIC ACCOUNTS | 111 E. 17TH STREET | | AUSTIN | TX | 78701 | |
| State of Texas | | Comptroller of Public Accounts | 111 E. 17th Street | | Austin | TX | 78774 | |
| STATELINE METALS OF WYOMING | | PO BOX 844 | | | FORT WORTH | WY | 82931-0844 | |
| STEVENS & RICCI, INC.(COLLEC | | 7739 E. BROADWAY BLVD | | | PATTERSON | AZ | 85710 | |
| Strategic One Financial | | PO BOX 1476 | | | RIFLE | CO | 81650 | |
| Strategic One Financial, Inc. | | P.O.Box 1476 | | | Rifle | CO | 81650 | |
| STROUHAL TIRE CENTERS | | PO BOX 1000 | | | EL CAMPO | TX | 77437 | |
| SUB-SURFACE TOOLS, LLC | | DEPT 2170 | | | DALLAS | TX | 75312-2170 | |
| SUMMIT TRANSIT LLC | | P.O. BOX 398 | | | HUMBLE | TX | 77347 | |
| SUNBELT STEEL TEXAS | | P.O. BOX 203124 | | | VERNAL | TX | 75320-3124 | |
| SUNSOURCE | | P.O. BOX 730698 | | | DALLAS | TX | 75373-0698 | |
| SYSTEM SEALS, INC. | | 9505 MIDWEST AVE | | | GARFIELD HEIGHTS | OH | 44125 | |
| Tally-Rite Equipment Schedule | | 14424 Interdrive West | | | Houston | TX | 77032 | |
| TCI COATINGS, INC. | | 8000 ANDERSON SQ STE 111 | | | AUSTIN | TX | 78757-8482 | |
| TEE, INC. | | 4740 EASTPARK DR | | | HOUSTON | TX | 77028 | |
| Texas Comptroller of Public Accounts | | PO Box 149355 | | | Austin | TX | 78714-9355 | |
| TEXAS HONING, INC. | | PO BOX 204192 | | | DALLAS | TX | 75320-4192 | |
| The Dillon Group, Inc. (Toyota Financial | | 2640 W. California Ave. | | | Salt Lake City | UT | 84104-4563 | |
| Thein H. Aung | | 16519 Canterra Circle | | | Houston | TX | 77095 | |
| Thompson Computer Services | | 905 W 3rd St | | | Rifle | CO | 81650 | |

Exhibit B
Creditor Matrix List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| THOMPSON COMPUTER SERVICES L | | 905 W 3RD ST | | | BISMARCK | CO | 81650 | |
| THOMPSON, GEORGE | | 10965 S Gessner Dr 1710 | | | Houston | TX | 77071 | |
| THREE L, INC. | | 12235 ROBIN BLVD | | | HOUSTON | TX | 77045 | |
| Tim Barber | | 3876 G 1/4 ROAD | | | Palisade | CO | 81526 | |
| TINIUS OLSEN TESTING MACHINE | | P.O. BOX 7780-1204 | | | PHILADELPHIA | PA | 19182 | |
| TLS | | DBA T.L.S. LLC | | | ROSENBERG | TX | 77471 | |
| Toms HVAC, LLC | | 233 Main Street | | | PHOENIX | WY | 82930 | |
| TORRES JR, STEVE | | 521 Breezy Ln. | | | Wharton | TX | 77488 | |
| TOTAL OFFICE SOLUTION OF WES | | 1601 N. LEE AVE | | | ODESSA | TX | 79761 | |
| TRAK-1 TECHNOLOGY | | PO BOX 720972 | | | NORMAN | OK | 73070 | |
| TRAVELERS INSURANCE | | CL & SPECIALTY REMITTANCE CENTER | | | HARTFORD | CT | 06183-1008 | |
| TRAXID, LLC | | 12000 FORD RD | | | DALLAS | TX | 75234 | |
| TRI CITY PIPE & MACHINE LLC | | P.O. BOX 487 | | | PATTERSON | LA | 70392 | |
| TUBOS REUNIDOS AMERICA, INC. | | 550 POST OAK BLVD | | | HOUSTON | TX | 77027 | |
| Tubos Reunidos-Americas, Inc. | | 550 Post Oak Blvd. Suite 460 | | | Houston | Tx | 77027 | |
| TUBOSCOPE | | PO BOX 201177 | | | BREAUX BRIDGE | TX | 75320-1177 | |
| TUBULAR MAKEUP TECHNOLOGY IN | | 1105 N. MAIN | | | HIGHLANDS | TX | 77562 | |
| Tubular Mill Inspections | | 1400 North Sam Houston Pkwy E Suite 190 | | | Houston | TX | 77032 | |
| TUBULAR MILL INSPECTIONS, LL | | 4203 MONTROSE BLVD SUITE 200 | | | HOUSTON | TX | 77006 | |
| TUBULAR TRANSPORT & LOGISTIC | | 11799 SEBASTIAN WAY | | | WILLISTON | CA | 91730 | |
| TWSCO | | P.O. BOX 120812 | | | DALLAS | TX | 75312-0812 | |
| TWSCO & Praxair | | 10205 Sweetwater Ln | | | Houston | TX | 77034-1240 | |
| TXU Energy | | 6555 Sierra Dr | | | Irving | TX | 75039 | |
| TXU ENERGY | | PO BOX 650638 | | | RIFLE | TX | 75265 | |
| TXU Energy Retail Company LLC | | 6555 Sierra Dr 3-S-24 | | | Irving | TX | 75039 | |
| U.S. BANK EQUIPMENT FINANCE | | 13010 SW 68TH PARKWAY, SUITE 100 | | | LONG BEACH | OR | 97223 | |
| U.S. Treasury | | INTERNAL REVENUE SERVICE | | | Odgen | UT | 84201 | |
| UGI PENN NATURAL GAS | | P.O,. BOX 15533 | | | PHILADELPHIA | DE | 19886-5533 | |
| Uinta County | | P. O. Box 1530 | | | Evanston | WY | 82931-1530 | |
| Uinta County Property Tax | | P.O. Box 1530 | | | Evanston | WY | 82931-1530 | |
| UINTA LOCK & KEY | | 66 GRASS VALLEY DR | | | EVANSTON | WY | 82930 | |
| ULINE | | P.O. Box 88741 | | | Chicago | IL | 60680-1741 | |
| UNUM - SHORT TERM DISABILITY | | P.O. BOX 409548 | | | ATLANTA | GA | 30384-9548 | |
| UNUM - SHORT TERM DISABILITY | | P.O. BOX 409548 | | | DALLAS | GA | 30384-9548 | |
| UNUM - SUP ACCIDENT (PROV) | | P.O. BOX 403748 | | | ATLANTA | GA | 30384-3748 | |
| UNUM - SUP ACCIDENT (PROV) | | P.O. BOX 403748 | | | DALLAS | GA | 30384-3748 | |
| UPS - TR | | LOCKBOX 577 | | | DALLAS | IL | 60132-0577 | |
| US Bank | | P.O. Box 230789 | | | Portland | OR | 97281-0789 | |
| VACA, JESUS | | 810 CARIO ST | | | CHANNEL VIEW | TX | 77530 | |
| VALENCIA, DAVID | | 11434 COUNTY RD 320 | | | RIFLE | CO | 81650 | |
| VARGAS, ADAM | | 2623 Winners Court | | | Rosenberg | TX | 77471 | |
| VARGAS, DANIEL R | | 6014 Martha Street | | | Rosharon | TX | 77583 | |
| VARGAS, DARIO | | 7239 Londres Dr | | | Houston | TX | 77083 | |

**Exhibit B**
**Creditor Matrix List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| VASQUEZ, ALBERTO | | 7145 READING RD # 1020 | | | ROSENBERG | TX | 77471 | |
| VERIZON WIRELESS | | P.O. BOX 660108 | | | MEEKER | TX | 75266-0108 | |
| Victoria County | | P.O.BOX 2569 | | | VICTORIA | TX | 77902 | |
| Victoria County | Diane W. Sanders | PO Box 17428 | | | Austin | TX | 78760 | |
| VICTORIA COUNTY TAX OFFICE | | P.O.BOX 2569 | | | CLEVELAND | TX | 77902 | |
| VICTORIA ELECTRIC COOPERATIV | | PO BOX 2178 | | | ORLANDO | TX | 77902-2178 | |
| VISION SERVICE PLAN | | PO Box 742788 | | | Los Angles | CA | 90074-2788 | |
| VISION SERVICE PLAN | | PO Box 742788 | | | RIFLE | CA | 90074-2788 | |
| W.L. FLOWERS MACHINE & WELDI | | 2585 SOUTH FEDERAL HIGHWAY 281 | | | ALICE | TX | 78332 | |
| WAREHOUSE RACK, INC. | | 14735 SOMMERMEYER | | | HOUSTON | TX | 77041 | |
| WASHBURN, VINCENT | | 1838 BRIGHTLAKE WAY | | | MISSOURI CITY | TX | 77459 | |
| WASTE MANAGEMENT | | PO BOX 78251 | | | CAROL STREAM | AZ | 85062-8251 | |
| WASTE MANAGEMENT OF SOUTH LO | | PO BOX 2475 | | | EVANSTON | MS | 38803 | |
| WATERFRONT RESTAURANT | | PO BOX 350 | | | MATAGORDA | TX | 77457 | |
| WCA WASTE CORPORATION | | 6730 JOHN RALSTON RD | | | HOUSTON | TX | 77049 | |
| WCA Waste Corporation | | 8515 Hwy 6 South | | | Houston | TX | 77083 | |
| WESTERN PETROLEUM/PILOT LOGI | | P.O. BOX 677732 | | | EVANSTON | TX | 75267-7732 | |
| White River Energy | | 668 E Market St | | | Meeker | CO | 81641 | |
| WHITE RIVER ENERGY CO. | | PO BOX 1090 | | | KANSAS CITY | CO | 81641 | |
| WHITEFIELD PLASTICS CORP | | 2300 W.W. THORNE DRIVE | | | HOUSTON | TX | 77073-3316 | |
| WILKERSON JR., IGANT | | 8222 NOBLE | | | NEEDVILLE | TX | 77461 | |
| WILLIAMS COUNTY TREASURER | | P.O. BOX 2047 | | | HOUSTON | ND | 58802-2047 | |
| WILLIAMS PLUMBING, HEATING, | | 2131 INDUSTRIAL DR | | | MINNEAPOLIS | MT | 59715 | |
| WILLIAMS RURAL WATER DISTRIC | | P.O. BOX 1285 | | | New Castle | ND | 58802 | |
| Williams Scotsman Inc. | | 10801 E 104th Ave | | | Henderson | CO | 80640-8830 | |
| WILLIAMS SCOTSMAN INC. | | PO BOX 91975 | | | DALLAS | IL | 60693-1975 | |
| WILLIAMSPORT MUNICIPAL WATER | | P.O. BOX 185 | | | EVANSTON | PA | 17703-0185 | |
| WOOD CHEM | | 2504 E. RIO GRANDE ST. | | | VICTORIA | TX | 77901 | |
| Wyoming Department of Revenue | | HERSCHLER BLDG | | | | | | |
| Wyoming Department of Revenue | | HERSCHLER BLDG | 122 W. 25TH STREET, 2W | | CHEYENNE | WY | 82002-0110 | |
| Wyoming Dept of Revenue | | Herschler Bldg | 122 W 25th St., 2W | | Cheyenne | WY | 82001-0110 | |
| WYOMING WASTE SERVICES - ROC | | PO BOX 660177 | | | WILLIAMSPORT | TX | 75266-0177 | |
| Y & M TRUCKING | | 5216 TREMONT AVE APT 913 | | | DALLAS | TX | 79707 | |
| ZAPIEN, JAVIER | | 1324 AURELIA LN | | | ROSENBERG | TX | 77471 | |
| ZEE MEDICAL, INC. | | P.O. BOX 204683 | | | RIFLE | TX | 75320 | |

# EXHIBIT C

Exhibit C
Master Service List

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Attorneys for Vallourec Drilling Products | Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs Ashley R Beane | cgibbs@akingump.com; abeane@akingump.com |
| Attorneys for SMS Technical Services LLC | Cohen & Grigsby PC | Thomas D Maxson Christina Manfredi McKinley | tmaxson@cohenlaw.com; cmckinley@cohenlaw.com |
| Attorney for L. Reit Ltd | Edgar A Goldberg | | egold56@yahoo.com |
| Committee of Unsecured Creditors; Top 40 | EMERALD METALS LLC | ATTN SEAN O'BOYLE | soboyle@emeraldmetals.com |
| Attorneys for MC Tubular Products, Inc. | Harrell Pailet & Associates PC | Justin J Dertinger | jdertinger@pailetpc.com |
| Committee of Unsecured Creditors | Heating Induction Services | Attn H William Burdett Jr | burdett@boyleburdett.com |
| Counsel to Pre and Post Secured Lender; Agent Under the Prepetition First Lien Credit Agreement | Holland & Knight LLP | Robert Jones, Brent McIlwain, Brian Smith | robert.jones@hklaw.com; brent.mcilwain@hklaw.com; brian.smith@hklaw.com |
| Committee of Unsecured Creditors | Hunting Energy Services Inc | Attn Klane Kirby | klane.kirby@hunting-intl.com |
| Attorney for Enterprise FM Trust and Enterprise Fleet Management | Johnson DeLuca Kurisky & Gould PC | George A Kurisky Jr | gkurisky@jdkglaw.com |
| Attorneys for National Oilwell Varco LP | Joseph G Epstein PLLC | Joseph G Epstein | joe@epsteintexaslaw.com |
| Attorney for Victoria County | Linebarger Goggan Blair & Sampson LLC | Diane W Sanders | austin.bankruptcy@publicans.com |
| Attorney for Cypress - Fairbanks ISD, Montgomery County, Fort Bend County, Harris County | Linebarger Goggan Blair & Sampson LLC | Tara L Grundemeier | houston_bankruptcy@publicans.com |
| Proposed Debtors Counsel | Locke Lord LLP | Elizabeth M Guffy Brooke B Chadeayne | eguffy@lockelord.com; bchadeayne@lockelord.com; dsmith@lockelord.com |
| Committee of Unsecured Creditors; Top 40 | MC TUBULAR PRODUCTS INC | ATTN MARIO PRATS | mprasts@mctp.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Committee of Unsecured Creditors; Top 40 | SMS TECHNICAL SERVICES LLC | ATTN PATRICK WARD | Patrick.Ward@sms-group.com |
| Committee of Unsecured Creditors; Top 40 | TUBULAR MILL INSPECTIONS, LLC | ATTN RYAN FRANCO | rfranco@altosenergypartners.com |
| US Department of Justice | U.S. Attorney's Office Southern District of Texas | | usatxs.atty@usdoj.gov |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee Southern District of Texas | Hector Duran Christine March | USTPRegion07.HU.ECF@USDOJ.GOV; Hector.Duran.Jr@usdoj.gov; Christine.a.march@usdoj.gov |
| Committee of Unsecured Creditors; Top 40 | VENOM INSPECTION SERVICES | ATTN CHARLES COLEMAN | charlie@venominspectionservices.com |
| Attorneys for Emerald Metals LLC | Weycer Kaplan Pulaski & Zuber PC | Jeff Carruth | jcarruth@wkpz.com |