**MOR-1**

CASE NAME: Pipe Coatings International LLC
CASE NUMBER: 16-33437
PROPOSED PLAN DATE: filed

UNITED STATES BANKRUPTCY COURT

PETITION DATE: 7/6/2015 0:00
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY  FOR MONTH September  YEAR 2016

| MONTH | July | August | September | | |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | -152,883.00 | -163,399.94 | -56,210.70 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -202,590.32 | -213,107.64 | -81,034.89 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 27,077.20 | 57,082.32 | 32,279.38 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | | | CIRCLE ONE |
|---|---|---|---|
| REQUIRED INSURANCE MAINTAINED | | Are all accounts receivable being collected within terms? | Yes  No (X) |
| AS OF SIGNATURE DATE | EXP. DATE | Are all post-petition liabilities, including taxes, being paid within terms? | Yes (X)  No |
| | | Have any pre-petition liabilities been paid? | Yes (X)  No |
| CASUALTY | YES (X) NO ( )   11-30-2016 | If so, describe   PTO and payroll as approved by the court | |
| LIABILITY | YES (X) NO ( )   11-30-2016 | Are all funds received being deposited into DIP bank accounts? | Yes (X)  No |
| VEHICLE | YES (X) NO ( )   11-30-2016 | Were any assets disposed of outside the normal course of business? | Yes (X)  No |
| WORKER'S | YES (X) NO ( )   11-30-2016 | If so, describe   Debtor sold substantially all assets through court authorized 363 sale | |
| OTHER | YES (X) NO ( )   11-30-2016 | Are all U.S. Trustee Quarterly Fee Payments current? | Yes (X)  No |
| | | What is the status of your Plan of Reorganization? Pending | |

ATTORNEY NAME: Elizabeth M Guffey
FIRM NAME: Locke Lord LLP
ADDRESS: 600 Travis, Ste 2800
CITY, STATE, ZIP: Houston, TX 77002
TELEPHONE/FAX: 713-226 - 1328

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND ANY ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. HOWEVER THESE ARE INTERNALLY PREPARED FINANCIAL STATEMENTS, THEY HAVE NOT BEEN AUDITED BY AN EXTERNAL ACCOUNTING FIRM. ADDITIONALLY THE FINANCIAL INFORMATION PRESENTED IN THIS MONTHLY REPORT HAS NOT BEEN PREPARED IN ACCORDANCE TO GAAP. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

SIGNED BY _____ MTF CRO (ORIGINAL SIGNATURE)

BRYAN M GASTON
(PRINT NAME OF SIGNATORY)                                DATE       Revised 07/01/98

**MOR-1**

**CASE NAME:** Pipe Coatings International LLC
**CASE NUMBER:** 16-33437

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 7/6/2016 0:00 | MONTH July | MONTH August | MONTH September | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 858.00 | 7,827.95 | -11,255.63 | -7,887.10 | | | |
| Accounts Receivable, Net | 98,624.00 | 98,624.00 | 98,624.15 | 98,624.15 | | | |
| Inventory: Lower of Cost or Market | 20,466.00 | 20,466.00 | 20,466.46 | 0.00 | | | |
| Prepaid Expenses | 7,427.00 | 4,880.00 | 2,332.29 | 2,332.29 | | | |
| Investments | | | | | | | |
| Other          AR Accrued Other | 350.00 | 350.00 | 349.91 | 349.91 | | | |
| TOTAL CURRENT ASSETS | 127,725.00 | 132,147.95 | 110,517.18 | 93,419.25 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 3,026,307.00 | 3,026,307.00 | 3,026,307.39 | 0.00 | | | |
| Less Accumulated Depreciation | 2,502,950.00 | 2,552,598.00 | 2,602,246.36 | 0.00 | | | |
| NET BOOK VALUE OF PP & E | 523,357.00 | 473,709.00 | 424,061.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. related party receivables | 1,883,440.00 | 1,883,440.00 | 1,883,440.30 | 1,883,440.30 | | | |
| **TOTAL ASSETS** | $2,534,522.00 | $2,489,296.95 | $2,418,018.51 | $1,976,859.55 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98*

CASE NAME:   Pipe Coatings International LLC
CASE NUMBER: 16-33437

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH July | MONTH August | MONTH September | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 157,365.32 | 299,194.47 | 321,065.46 | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 91,951.00 | 91,951.00 | 91,951.00 | 91,951.00 | | | |
| Priority Debt | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Sales and USE | 34,005.00 | 34,005.00 | 34,005.00 | 34,005.00 | | | |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Unsecured Debt | 382,648.00 | 382,648.00 | 382,648.00 | 382,648.00 | | | |
| Other | 2,650,830.00 | 2,650,830.00 | 2,650,829.63 | 2,268,834.61 | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,159,434.00 | 3,159,434.00 | 3,159,433.63 | 2,777,438.61 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 3,159,434.00 | 3,316,799.32 | 3,458,628.10 | 3,098,504.07 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK      members equity | 3,257,719.00 | 3,257,719.00 | 3,257,719.00 | 3,257,719.00 | | | |
| ADDITIONAL PAID-IN CAPITAL | -5,931,267.00 | -5,931,267.00 | -5,931,267.00 | -5,931,267.00 | | | |
| RETAINED EARNINGS: Filing Date | 2,048,636.00 | 2,048,636.00 | 2,048,636.00 | 2,048,636.00 | | | |
| RETAINED EARNINGS: Post Filing Date | | -202,590.32 | -415,697.96 | -496,732.85 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -624,912.00 | -827,502.32 | -1,040,609.96 | -1,121,644.85 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $2,534,522.00 | $2,489,297.00 | $2,418,018.14 | $1,976,859.22 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3                  $0.00         $0.05        ($0.37)       ($0.33)

Revised 07/01/98

other includes:   intercompany payble    $2,287,685
                  accrued bonus            $354,549
                  accrued PTO for Sept       $8,596
                                         $2,650,830

**CASE NAME:** Pipe Coatings International LLC
**CASE NUMBER:** 16-33437

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH July | MONTH August | MONTH September | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| ***TRADE ACCOUNTS PAYABLE*** | | | | | | | |
| TAX PAYABLE | | | | | | | |
| Federal Payroll Taxes | | 893.11 | 6,049.33 | | | | |
| State Payroll Taxes | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Property Taxes | | 3,000.00 | 0.00 | | | | |
| Other Taxes | | 1,294.26 | 0.00 | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 5,187.37 | 6,049.33 | 0.00 | 0.00 | 0.00 | |
| SECURED DEBT POST-PETITION | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | 83,695.32 | 164,473.07 | 165,137.70 | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | |
| 1. intercompany payables | 60,805.00 | 121,805.00 | 142,149.40 | | | | |
| 2. unsecured | 12,865.00 | 7,729.03 | 7,729.03 | | | | |
| 3. | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $157,365.32 | $299,194.47 | $321,065.46 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval
**MOR-4**

Adjusted for professional fees not accrued

*Revised 07/01/98*

CASE NAME: Pipe Coatings International LLC
CASE NUMBER: 16-33437

## AGING OF POST-PETITION LIABILITIES
MONTH September

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | 0.00 | | | | |
| 31-60 | 1,412.13 | 1,412.13 | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $1,412.13 | $1,412.13 | $0.00 | $0.00 | $0.00 | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | July | August | September | |
|---|---|---|---|---|
| 0-30 DAYS | | | | |
| 31-60 DAYS | | | | |
| 61-90 DAYS | | | | |
| 91+ DAYS | 134,163.62 | 134,163.62 | 134,163.62 | |
| TOTAL | $134,163.62 | $134,163.62 | $134,163.62 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: Pipe Coatings International LLC
CASE NUMBER: 16-33437

## STATEMENT OF INCOME (LOSS)

| | MONTH July | MONTH August | MONTH September | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | 0.00 | | | | | 0.00 |
| TOTAL COST OF REVENUES | 126,474.00 | 138,041.88 | 46,908.58 | | | | 311,424.46 |
| GROSS PROFIT | -126,474.00 | -138,041.88 | -46,908.58 | 0.00 | 0.00 | 0.00 | -311,424.46 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 3,998.00 | 4,250.88 | 0.00 | | | | 8,248.88 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 2,155.00 | 1,153.66 | 664.63 | | | | 3,973.29 |
| Other | 20,256.00 | 19,953.52 | 8,637.49 | | | | 48,847.01 |
| Other      Depreciation | 0.00 | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 26,409.00 | 25,358.06 | 9,302.12 | 0.00 | 0.00 | 0.00 | 61,069.18 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -152,883.00 | -163,399.94 | -56,210.70 | 0.00 | 0.00 | 0.00 | -372,493.64 |
| INTEREST EXPENSE | 0.00 | | | | | | 0.00 |
| DEPRECIATION | 49,648.00 | 49,648.38 | 24,824.19 | | | | 124,120.57 |
| OTHER (INCOME) EXPENSE* | 59.32 | 59.32 | | | | | 118.64 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 49,707.32 | 49,707.70 | 24,824.19 | 0.00 | 0.00 | 0.00 | 124,239.21 |
| NET INCOME BEFORE TAXES | -202,590.32 | -213,107.64 | -81,034.89 | 0.00 | 0.00 | 0.00 | -496,732.85 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($202,590.32) | ($213,107.64) | ($81,034.89) | $0.00 | $0.00 | $0.00 | ($496,732.85) |

Accrual Accounting Required, Otherwise Footnote with Explanation.

\* Footnote Mandatory.

\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: Pipe Coatings International LLC
CASE NUMBER: 16-33437

| CASH RECEIPTS AND DISBURSEMENTS | MONTH July | MONTH August | MONTH September | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $857.54 | $7,827.95 | ($11,255.63) | ($7,887.10) | ($7,887.10) | ($7,887.10) | $857.54 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | 0.00 | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 759.00 | | | | 759.00 |
| 4. LOANS & ADVANCES (attach list) | 34,047.61 | 37,998.74 | 34,888.91 | | | | 106,935.26 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | 0.00 | | | | | 0.00 |
| TOTAL RECEIPTS** | 34,047.61 | 37,998.74 | 35,647.91 | 0.00 | 0.00 | 0.00 | 107,694.26 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 24,050.79 | 17,249.61 | 24,654.05 | | | | 65,954.45 |
| 8. PAYROLL TAXES PAID | 1,117.71 | 1,070.56 | 6,049.33 | | | | 8,237.60 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 13,430.25 | 0.00 | | | | 13,430.25 |
| 11. UTILITIES & TELEPHONE | 0.00 | 7,951.70 | 1,078.78 | | | | 9,030.48 |
| 12. INSURANCE Benefits | 1,908.70 | 7,031.22 | 497.22 | | | | 9,437.14 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | | | | | | 0.00 |
| 17. ADMINSTRATI BANK FEES | 0.00 | 662.67 | | | | | 662.67 |
| 18. OTHER (attach list) PNC Loan LEDGER | | 9,686.31 | 0.00 | | | | 9,686.31 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 27,077.20 | 57,082.32 | 32,279.38 | 0.00 | 0.00 | 0.00 | 116,438.90 |
| 19. PROFESSIONAL FEES | | | 0.00 | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | 0.00 | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | 0.00 | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 27,077.20 | 57,082.32 | 32,279.38 | 0.00 | 0.00 | 0.00 | 116,438.90 |
| 22. NET CASH FLOW | 0.00 | -19,083.58 | 3,368.53 | 0.00 | 0.00 | 0.00 | -8,744.64 |
| 23. CASH - END OF MONTH (MOR-2) | $7,827.95 | ($11,255.63) | ($7,887.10) | ($7,887.10) | ($7,887.10) | ($7,887.10) | ($7,887.10) |

21.06

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

We do not see our collections AR come in as cash flow as it goes directly to the loan ledger.
9686.31 Amount to the revolver for closure of the Amegy account

$0.00

Revised 07/01/98

**CASE NAME:** Pipe Coatings International LLC
**CASE NUMBER:** 16-33437

## CASH ACCOUNT RECONCILIATION
### MONTH OF September

| BANK NAME | | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8026323496 | # | | # | | |
| ACCOUNT TYPE | OPERATING | | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | | | | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | -11,255.63 | | | | | ($11,255.63) |
| RECEIPTS* | 759.00 | | | | | $759.00 |
| TRANSFERS BETWEEN ACCOUNTS | 34,888.91 | | | | | $34,888.91 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 32,279.38 | | | | | $32,279.38 |
| ENDING CASH - PER BOOKS | ($7,887.10) | | $0.00 | $0.00 | $0.00 | ($7,887.10) |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

-7887.1

*Revised 07/01/98*

**CASE NAME:** Pipe Coatings International LLC
**CASE NUMBER:** 16-33437

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH July | MONTH August | MONTH September | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | 0.00 | 0.00 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*